# EXHIBIT A

# MRS BPO, LLC – List of unauthorized text messages

## 2025

1. August 12, 2025, 6:42 pm, Text message, 833-547-0543
2. August 16, 2025, 6:40 pm, text message, 832-299-2326
3. March 10, 2025, 10:25 am, text message, 856-463-1034

## 2026

4. February 1, 2026, 5:13 pm, text message, no phone number
5. February 2, 2026, 7:15 pm, text message, 888-200-9272
6. February 9, 2026, 2:26 pm, text message, 888-200-9272
7. February 10, 2026, 9:48 am, text message, 888-200-9272
8. February 11, 2026, 12:26 pm, text message, 888-200-9272
9. February 12, 2026, 8:59 pm, text message, no phone number
10. February 14, 2026, 2:42 pm, text message, 888-200-9272
11. February 18, 2026, 2:00 pm, text message, 888-200-9272
12. February 20, 2026, 3:38 pm, text message, 888-200-9272
13. February 24, 2026, 10:01 am, text message, 856-463-1034
14. February 25, 2026, 3:44 pm, text message, 888-200-9272
15. February 27, 2026, 3:42 pm, text message, 888-200-9272
16. March 5, 2026, 12:44 pm, text message, 888-200-9272
17. March 6, 2026, 6:12 pm, text message, 888-200-9272
18. March 10, 2026, 4:53 pm, text message, no phone number
19. March 10, 2026, 6:09 pm, text message, no phone number
20. March 13, 2026, 11:15 am, text message, 888-200-9272
21. March 17, 2026, 9:44 am, text message, 888-200-9272

# EXHIBIT B

**Certified mail 9589 0710 5270 2278 4714 35**

Angela Williams
P O BOX 8
Berryville, AR 72616

March 23, 2026

MRS BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ 08003-2016

**RE: Unauthorized Texts Messages**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IOS NOTICE TO AGENT**

To Whom It May Concern:

I am writing regarding multiple text message I have received from your company to my phone number **(870-919-6768)**. These unauthorized text messages are a violation of the TCPA 47 USC §227, as I never gave you my consent. For this reason, I require the following information;

1. I dispute the alleged debt you claim I owe.
2. State the amount of the alleged debt, including an itemization of principal, interest, fees, and any other charges.
3. Provide the date of default or charge-off and the date of last payment, if any.
4. Provide documentation bearing my name and signature that you believe creates any obligation to pay MRS BPO, LLC this debt.
5. Provide your company's relevant license to collect debts in the state of Arkansas.
6. Provide your proof of agency relationship with ASRRIRM, Inc., and whether you purchased, were assigned or transferred the alleged debt/account.

Until you provide full written validation, you must cease all collection activities regarding this alleged debt, including reporting to any consumer reporting agency. You are instructed to stop all such automated calls and texts to my number **(870-919-6768)** immediately, as you DO NOT have my consent to contact me.

I require a timely response from you, including the information and documentation I have requested.

Notice is complete upon receipt.

Sincerely,
Angela Williams

# 6USPS Tracking®

Tracking FAQs

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

**Remove**
**Tracking Number:**
**9589071052702278471435**
**Copy Add to Informed Delivery**
**Latest Update**
Your item has been delivered and is available at a PO Box at 11:09 am on March 30, 2026 in CHERRY HILL, NJ 08034.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**
**Delivered**
**Delivered, PO Box**
CHERRY HILL, NJ 08034
March 30, 2026 11:09 AM
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

# EXHIBIT C

**Certified mail 9589 0710 5270 0755 3586 68**

Angela Williams
P O BOX 8
Berryville, AR 72616

September 14, 2026

Compliance Department / Legal Division
MRS BPO, LLC
1930 Olney Ave
Cherry Hill, NJ 08003

## RE: NOTICE OF FOLLOW-UP & PRE-SUIT MITIGATION DIRECTIVE

**RE:** Follow-Up to Notice of Intent to Sue / Formal Notice of Revocation of Consent (TCPA & FDCPA Violations)
**Target Consumer:** Angela Williams
**Original Certified Mail Tracking (Delayed): 9589 0710 5270 0363 2211 49**
**New Certified Mail Tracking:** [Insert New Tracking # Here]

**To Whom It May Concern:**

This correspondence serves as a formal follow-up to the initial **Notice of Intent to Sue** originally transmitted to your office via United States Certified Mail on **August 20, 2026**. According to United States Postal Service tracking data, that initial packet arrived at the South Jersey Distribution Center on August 22, 2026, and remains unexpectedly delayed in transit.

Out of an abundance of caution, a strict adherence to civil protocol, and a good-faith desire to mitigate damages prior to initiating federal litigation, a complete and exact copy of that **August 20, 2026 Notice is attached hereto.**. As stated therein, your firm was afforded an **eleven (11) day window** from receipt to resolve these statutory violations amicably.

Furthermore, to ensure your compliance department understands the severity of your liability under the **Telephone Consumer Protection Act (TCPA)**, I have attached the original **Revocation of Consent transmitted to Affirm, Inc. as Exhibit B**.

MRS BPO, LLC has been in severe, ongoing violation of the TCPA by executing unauthorized text message broadcasts to my cellular telephone after consent was legally and permanently revoked with the original creditor. This packet provides your firm with total, undeniable clarity regarding the entire evidentiary picture. The clock for your final eleven (11) day window to respond, settle, or decline begins immediately upon the verified delivery scan of *this* follow-up package.

You may contact me to resolve this matter amicably at AW-check66@proton.me. If I do not hear from you by the close of the business day on September 25, 2026, you will be sued in the US District Court Western District of Arkansas.

Governed strictly by the four corners of the impending complaint, I remain,

Sincerely,

**Angela Williams**
*Pro Se Litigant*

**Attachments: My certified Notice sent to MRS BPO on August 20, 2026, and USPS Tracking for certified mail.**

# USPS Tracking®

Tracking FAQs

Track Packages
Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove
**Tracking Number:**
**9589071052700755358668**
Copy Add to Informed Delivery
**Latest Update**
Your item arrived at our SOUTH JERSEY NJ DISTRIBUTION CENTER destination facility on September 17, 2026 at 1:48 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®
**On the Way**
**Arrived at USPS Facility**
SOUTH JERSEY NJ DISTRIBUTION CENTER
September 17, 2026 1:48 PM
**Arrived at USPS Facility**
OKLAHOMA CITY OK DISTRIBUTION CENTER
September 15, 2026 8:35 PM
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

# EXHIBIT D

**Certified mail 9589 0710 5270 0363 2211 49**

Angela Williams
P O BOX 8
Berryville, AR 72616

August 20, 2026

Compliance Department / Legal Division
MRS BPO, LLC
1930 Olney Ave
Cherry Hill, NJ 08003

**RE: NOTICE OF INTENT TO FILE FEDERAL LAWSUIT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IOS NOTICE TO AGENT**

Dear Legal Compliance Officer,

Please accept this correspondence as formal, mandatory notice that I am fully prepared to file a Federal Civil Complaint in the United States District Court for the Western District of Arkansas against MRS BPO, LLC. This action arises from your firm's repeated, egregious, and willful violations of the **Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227**, and the **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.** As you have failed to respond to my dispute and request for validation dated March 23, 2026, which you received on March 20, 2026. **(See attached Dispute letter & USPS Tracking proof of receipt)**

To avoid the substantial expenditure of time, corporate resources, and federal litigation expenses, this notice provides your firm with a final **10-day window** to resolve these actionable claims before the formal suit is initiated.

**I. STATEMENT OF FACTS AND ACTIONABLE VIOLATIONS**

1. **Explicit Revocation of Consent & Written Directive:** On **March 23, 2026**, Angela formally disputed the alleged Affirm, Inc. debt with MRS BPO, LLC via written correspondence. In that timely dispute, Angela explicitly **revoked any and all prior consent** to be contacted via telephone or electronic text messaging. She provided an absolute directive requiring that all future communications regarding this matter be made strictly in writing via the United States Mail. **(See attached Notice of Revocation of consent to Affirm Inc.)**

2. **Statutory Validation Freeze Violation (FDCPA § 1692g(b)):** Following the receipt of Angela's timely validation request, MRS BPO, LLC chose to remain completely silent. Your firm failed to provide a verified chain of title or competent verification of the alleged debt. Under **15 U.S.C. §**

**Certified mail 9589 0710 5270 0363 2211 49**

**1692g(b)**, a debt collector must cease all collection activities until verification is mailed to the consumer. Your total silence operates as an admission that the debt is unverified.

3. **19 Unauthorized TCPA Violations (47 U.S.C. § 227):** Despite the explicit revocation of consent and during an active statutory validation freeze, MRS BPO, LLC systematically transmitted **nineteen (19) unauthorized, automated debt collection text messages** to Angela's personal cellular phone. Each of these 19 text messages was transmitted after March 23, 2026, using an automated telephone dialing system (ATDS) without prior express consent.
4.

**II. STATUTORY DAMAGES AND LIABILITY SQUEEZE**

- **TCPA Statutory Damages (47 U.S.C. § 227(b)(3)):** The TCPA provides a private right of action allowing for statutory damages of **$500.00 per unauthorized automated message**. Where violations are committed willfully or knowingly after explicit revocation, the court has the discretion to treble the damages up to **$1,500.00 per violation**.
  - *19 Violations × $500.00 = **$9,500.00** (Base Statutory Damages)*
  - *19 Violations × $1,500.00 = **$28,500.00** (Willful Treble Damages)*
- **FDCPA Statutory Damages (15 U.S.C. § 1692k):** Your firm faces up to an additional **$1,000.00** in statutory damages for continuing collection communications during a validation and billing error 6freeze.

**III. MANDATORY SETTLEMENT CONDITION**

I am prepared to completely withhold the filing of the drafted Federal Civil Complaint and sign a mutual NDA release under one strict condition: **MRS BPO, LLC must immediately cease all collection activities, completely close this file, delete any associated credit reporting entries, and offer settlement to resolve the out-of-court statutory claims.**

If a signed settlement agreement and written confirmation of closure is not received by 5:00 PM Central Time on **August 31, 2026**, this final courtesy window will immediately close. I will proceed with filing the Federal Complaint in the Western District of Arkansas on September 1, 2026, seeking full treble damages, actual damages, and all available court costs.

Please ensure this file is routed to your general counsel or senior compliance officer immediately. Should you decide to resolve this matter, you may contact me via email for settlement purposes only at; **AW-check66@proton.me**

Notice is effective upon receipt. Govern yourselves accordingly.

Regards,
Angela Williams

**ATTACHMENTS: Notice of Revocation of consent to Affirm Inc., and Notice of dispute.**

# USPS Tracking®

Tracking FAQs

Track Packages
Anytime. Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

**Remove**
**Tracking Number:**
**9589071052700363221149**
Copy Add to Informed Delivery
**Latest Update**
Your item arrived at our SOUTH JERSEY NJ DISTRIBUTION CENTER destination facility on August 22, 2026 at 11:46 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**
USPS Tracking Plus®
**On the Way**
**Arrived at USPS Facility**
SOUTH JERSEY NJ DISTRIBUTION CENTER
August 22, 2026 11:46 AM
**Arrived at USPS Facility**
OKLAHOMA CITY OK DISTRIBUTION CENTER
August 20, 2026 6:57 PM
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

**Certified mail 7022 0410 0002 2541 5423**

Angela Williams
P O BOX 8
Berryville, AR 72616

September 30, 2023

AFFIRM Inc.
650 California St., FL 12
San Francisco, CA 94108

**RE: AFFIRM Account # G71**

Dear affirm, Inc.,

I am writing to advise your organization that I revoke my consent to be contacted by phone, text message, voicemail, and/or email. You may only contact me in writing by USPS mail only. Please note for your records that this notice of revocation of consent also applies to any third party debt buyer and debt collector who may attempt to collect a debt related to the AFFIRM, inc. account #G71.

Thank you for your cooperation. Notice of revocation is effective upon receipt.

Sincerely,
Angela Williams

7022 0410 0002 2541 5423

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94108
OFFICIAL USE

Certified Mail Fee $4.85
$ $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

0216
02

Postmark Here

Postage $0.73
$
Total Postage and Fees $9.68
$

09/30/2024

Sent To AFFIRM INC.
Street and Apt. No., or PO Box No. 650 CALIFORNIA ST FL 12
City, State, ZIP+4® SAN FRANCISCO, CA

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AFFIRM INC
650 CALIFORNIA ST. FL12
SAN FRANCISCO, CA
94108

9590 9402 7891 2234 3231 61

2. Article Number (Transfer from service label)
7022 0410 0002 2541 5423

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt