**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **ANGELA WILLIAMS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MRS BPO, LLC D/B/A MRS ASSOCIATES**<br><br>**Defendant.** | **CIVIL ACTION**<br><br>**NO. 3:26-cv-03052-DCF** |

**DEFENDANT MRS BPO, LLC'S MOTION TO QUASH**
**PLAINTIFF'S ATTEMPTED SERVICE OF PROCESS OF PLAINTIFF'S COMPLAINT**

Defendant MRS BPO, LLC, incorrectly named as MRS BPO, LLC d/b/a MRS Associates ("MRS"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 4(h) and 12(b)(5), moves this Court to quash the attempted service of process made by Plaintiff Angela Williams ("Plaintiff"). In support, MRS states as follows:

1. On October 1, 2026, Plaintiff filed her Complaint (Doc. 2), and a Summons was issued as to MRS (Doc. 3).

2. On October 26, 2026, Plaintiff filed a Proof of Service stating that, on October 21, 2026, a process server delivered the Complaint and Summons to Jeff Johnson, an "intake specialist" at Corporation Service Company ("CSC"), 300 S. Spring Street, Little Rock, Arkansas. (Doc. 6 at pp. 2-3.)

3. CSC is not MRS's registered agent and is not authorized to accept service of process on MRS's behalf, and Mr. Johnson is not an agent authorized to accept service on MRS's behalf. (Brief in Support, Ex. A, Declaration of William Michael Perkins ("Perkins Decl."), ¶¶ 9-10.) MRS's registered agent in Arkansas is Cogency Global Inc. ("Cogency"). (*Id.* ¶ 8.)

4. Neither MRS nor Cogency has received the Complaint and Summons, and MRS has not received them by any other method of service. (*Id.* ¶¶ 11-17.)

5. Because the Complaint and Summons were not delivered to MRS's registered agent or to any other officer or agent authorized to receive service on MRS's behalf, service was not made in a manner permitted by Federal Rule of Civil Procedure 4(h)(1), Arkansas Rule of Civil Procedure 4, or Ark. Code Ann. § 4-38-119, and it should be quashed.

6. Pursuant to Local Rule 7.2(a), MRS's Brief in Support of this Motion, together with the Perkins Declaration attached as Exhibit A, is filed contemporaneously and incorporated herein by reference.

WHEREFORE, MRS respectfully requests that this Court grant this Motion, quash Plaintiff's attempted service of process, order Plaintiff to effect proper service on MRS in accordance with the Federal Rules of Civil Procedure, and grant MRS all other relief to which it may be entitled.

Respectfully submitted:
**BALCH & BINGHAM LLP**

By: /s/ *Jason B. Tompkins*
Jason B. Tompkins
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
T: 205.251.8100; F: 205.226.8799
jtompkins@balch.com

Dated: November 12, 2026

**CERTIFICATE OF SERVICE**

I, Jason B. Tompkins, hereby certify that on this date I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Angela Williams
PO Box 8
Berryville, AR 72616
AW-check66@proton.me.com
Plaintiff

*/s/ Jason B. Tompkins*
Jason B. Tompkins

Dated: November 12, 2026