# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **ANGELA WILLIAMS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MRS BPO, LLC D/B/A MRS ASSOCIATES**<br><br>**Defendant.** | **CIVIL ACTION**<br><br>**NO. 3:26-cv-03052-DCF** |

**DECLARATION OF WILLIAM MICHAEL PERKINS**

I, William Michael Perkins being of full age, duly sworn according to law, deposes and says:

1. I have personal knowledge of the facts contained in this Declaration.

2. I am over 18 years of age.

3. I have been an employee of MRS BPO, LLC ("MRS") since 2003. I am currently the Director of Litigation and Regulatory Management and have held this position since 2019.

4. I am a duly authorized custodian of record for MRS. In preparing this Declaration, I have relied on my personal knowledge of, and experience in, the business operations of MRS.

5. The facts set forth in this Declaration are based on my personal knowledge gained through my employment with MRS and upon review of MRS's business records, which records were made by, or from information transmitted by, a person with knowledge of the event described therein, at or near the time of the event described, and are kept in the ordinary course of the regularly conducted business activity of such person and MRS. MRS regularly makes and maintains such records. I have access to these records and routinely rely on these records as part of performing my responsibilities as MRS's employee.

6. I am familiar with MRS's policies and procedures regarding the collection of accounts and litigation involving MRS.

7. I am familiar with the instant lawsuit that is captioned as *Angela Williams v. MRS BPO, LLC D/B/A MRS Associates*, which is pending in the United States District Court for the Western District of Arkansas, Civil Action No. 3:26-cv-03052-DCF (the "Lawsuit").

8. MRS's registered agent in the State of Arkansas is Cogency Global Inc. ("Cogency"), which is located at 300 S. Spring Street, Suite 900, Little Rock, AR 72201.

9. Corporation Service Company ("CSC") is not a registered agent for MRS. CSC is not authorized to accept service of process on behalf of MRS anywhere in the United States.

10. Jeff Johnson is not a registered agent, officer, manager, member, secretary, assistant, managing agent, general agent, or other agent authorized to accept service of process on behalf of MRS.

11. To date, MRS has not received any notice of the Lawsuit from Cogency. MRS has not received a copy of the Complaint and/or Summons in the Lawsuit from Cogency. Upon information and belief, Cogency and/or its secretary or assistant have not received or otherwise been served with a copy of the Complaint and/or Summons that were filed in the Lawsuit.

12. No officer, officer's secretary or assistant, manager, manager's secretary or assistant, managing or general agent, agent's secretary or assistant, member, member's secretary or assistant, or other agent authorized by appointment or by law to accept service on behalf of MRS have received or otherwise been served with a copy of the Complaint and/or Summons that were filed in the Lawsuit.

13. MRS has not received a copy of the Complaint and/or Summons in the Lawsuit via certified mail, return receipt requested.

14. MRS has not received a copy of the Complaint and/or Summons via first-class mail in the Lawsuit.

15. MRS has not received a copy of the Complaint and/or Summons in the Lawsuit via email.

16. MRS has not received a copy of the Complaint and/or Summons in the Lawsuit via commercial delivery company.

17. MRS has not refused service of process.

18. MRS learned of the Lawsuit via a routine docket search on the PACER website on or about October 22, 2026.

19. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2026

Name: William Michael Perkins

Title: Director of Litigation and Regulatory Management

4927-1653-9615, v. 1